IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

IN RE:   CYNTHIA L. FREEMAN                    CASE NO.: 4-13-13163
         DEBTOR                                 CHAPTER 13

## AMENDMENT TO CHAPTER 13 PLAN

Comes now the Debtor, by and through her attorney, Clarence W. Cash, and for her Modification of the Chapter 13 Plan, states:

1. Payments shall be made in the sum of $210.00 per month.

   ❑ This represents a decrease in the amount of plan payment.
   ❑ This represents an increase in the amount of the plan payment.
   X This modification does not affect the amount of the plan payment.

2. The plan length from the date of filing shall be _60_ months.

   ❑ This modification does affect the length of the plan.
   X This modification does not affect the length of the plan.

3. Unsecured creditors are to be paid pro rata.

4. The following changes are to be made to each creditor as set out below.

   Creditor Name                    Change in Treatment/Classification

5. The following creditors are added to the plan and are classified as Secured creditors:

   None

6. The following creditors are added to the plan and are classified as Priority creditors:

   None

7. The following creditors are added to the plan and are classified as Unsecured creditors:

   RMC of America              Re: pre-petition debt: $510.90
   PO Box 21060                    original creditor: Van O'Dell, DDS
   White Hall, AR 71612

Van O'Dell, DDS  notice only
2501 Crestwood Rd., #201
N. Little Rock, AR 72116

8. Unsecured creditors shall be paid at least as much as they would receive under Chapter 7.

9. All other provisions as set forth in the last chapter 13 plan shall remain the same.

10. Debtor will pay all disposable income to the Trustee for the applicable commitment period for the benefit of unsecured creditors.

DATE: March 27, 2015

Respectfully submitted,

/s/CLARENCE W. CASH, Ark. Bar No. 73017
Attorney at Law
424 W. 4th St. Suite B
North Little Rock, Arkansas 72114
(501) 371-9114

# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

IN RE:   CYNTHIA L. FREEMAN                        CASE NO.: 4-13-13163
         Debtor                                    CHAPTER 13

### NOTICE OF OPPORTUNITY TO OBJECT BEFORE (AFTER) CONFIRMATION

You are hereby notified that the captioned debtor has filed the attached modification of plan pursuant to 11 U.S.C. § 1323 (Before Confirmation) or 11 U.S.C. § 1329 and Rule 3015 of the Federal Bankruptcy Rules of Procedure (After Confirmation). Objections to confirmation of the plan as amended plan must be filed with the Bankruptcy Court at 300 W. 2nd Street, Little Rock, Arkansas 72201 in writing within twenty-one (21) days from the date of this notice, with copies to the attorney for debtor and to the Standing Chapter 13 Trustee, P. O. Box 8064, Little Rock, Arkansas 72203.

If objections to the plan as amended are filed, they will be set for hearing by subsequent notice. If no objections are received, the amended plan may be confirmed without further notice or hearing.

Date:   March 27, 2015          /s/CLARENCE W. CASH, Ark. Bar No. 73017
                                Attorney at Law
                                424 W. 4th St. Suite B
                                North Little Rock, Arkansas 72114


(501) 371-9114

## CERTIFICATE OF MAILING

I, the undersigned, hereby certify that copies of the foregoing Modification and attached Notice of Opportunity to Object have been mailed to the following:

Joyce Bradley Babin – Trustee
P. O. Box 8064
Little Rock, Arkansas 72203
(via electronic filing)

RMC of America
PO Box 21060
N. Little Rock, AR 72118
(via U.S. Mail, postage prepaid)

Maxie G. Kizer, PA
Attorney at Law
PO Box 21060
White Hall, AR 71612
(via U.S. Mail, postage prepaid)

And to all creditors per debtor's matrix this 27th day of March 2016.
(via electronic filing)

Dated:  March 27, 2015						/s/CLARENCE W. CASH